IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RUTH LYNN DEPUTY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:02cv1401-T |
| **COLONIAL BANK, et al.,** ) | (WO) |
| ) | |
| Defendants. ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (Doc. no. 64), to which no objections have been filed, is adopted.

(2) Defendants' motions for summary judgment (Doc. nos. 34, 35, & 36) are granted in part and denied in part as follows:

(A) Plaintiff's § 1981 promotion-discrimination claim will proceed against only defendant Colonial Bank. Summary judgment is entered in favor defendants Judy Mills

and Andrea McCain and against plaintiff on this claim.  This claim will go to trial as to defendant Colonial Bank.

    (B) Summary judgment is entered in favor all defendants and against plaintiff on plaintiff's EEOC retaliation claim.  This claim will not go to trial.

It is further ORDERED that, based on this order and the order entered on September 28, 2004 (Doc. no. 61), this case will go to trial against only defendant Colonial Bank on the following claims: plaintiff's Title VII and § 1981 promotion-discrimination claims.

DONE, this the 3rd day of May, 2005.

                                    /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE