IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RUTH LYNN DEPUTY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 2:02cv1401-T |
| COLONIAL BANK, | ) | (WO) |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

On the 9th day of August 2005, after this cause had been submitted to a jury, a verdict was returned as follows:

> 1. Has plaintiff Ruth Deputy proved by a preponderance of the evidence that race was a substantial or motivating factor in Colonial Bank's decision not to promote her as Purchasing and Printing Director in March 2002?
>
>     Yes _____
>
>     No   X\_\_\_\_\_
>
> 2. Has plaintiff Ruth Deputy proved by a preponderance of the evidence that gender was a substantial or motivating factor in Colonial Bank's decision not to promote her as Purchasing and Printing Director in March 2002?
>
>     Yes _____

        **No   X**

         **XXX**

SO SAY WE ALL.

DONE, this the 9th day of August, 2005.

       /s/ Matthew Woods Davis
        JURY FOREPERSON


It is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Colonial Bank and against plaintiff Ruth Lynn Deputy, with plaintiff Deputy taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Deputy, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of August, 2005.

       /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**